UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSE A. GRACIANO, SR.,

Plaintiff,

v.

WYNN MASSACHUSETTS, LLC, d/b/a ENCORE BOSTON HARBOR,

JENNY HOLADAY, DOUGLAS WILLIAMS, MATHEW SYDNEY-SMITH, GEORGE

MAGEE, MICHELLE MACMHON, JAMES HLAWK, MASS. COMMISSION AGAINST

DISCRIMINATION, SARAH AFFEL, AND MICHAEL V. PARRAS

Defendants.

CIVIL ACTION NO. 3:25-cv-00198-OAW

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jose A. Graciano, Sr., hereby voluntarily dismisses without prejudice the above-captioned action against Defendants Wynn Resorts Massachusetts, LLC, d/b/a Encore Boston Harbor, Rodman Law Group, P.C., Seyfarth Shaw LLP, and Attorney Sarah Affel.

The plaintiff respectfully notifies the Court that:

1. No Answer or Motion for Summary Judgment Has Been Filed:

2. Defendants have not filed an answer, motion for summary judgment, or any dispositive motion in this case.

3. As such, dismissal is appropriate under Rule 41(a)(1)(A)(i), which allows Plaintiff to dismiss this action without a court order.

4. Dismissal is Without Prejudice:

5. Plaintiff reserves the right to refile this case in the future if necessary, should further facts or evidence justify proceeding under the Civil RICO Act (18 U.S.C. § 1961 et seq.).

6. This Notice Applies to All Defendants Listed in the Complaint:

7. This voluntary dismissal terminates all claims against all named Defendants in this action.

WHEREFORE, Plaintiff respectfully submits this Notice of Voluntary Dismissal Without Prejudice and requests that the Clerk of Court close this matter accordingly.

Dated: 2-18-2025

Respectfully Submitted,

*[signature]*

Jose A. Graciano, Sr.

Plaintiff, Pro Se

20 Tremont Street, Waterford, CT 06385

Cell: (860)373-0496

**Email:** jmgraciano02@gmail.com